In the Matter of MICHAEL SULLIVAN, Appellant, against ALBERT WILLIAMS, as Commissioner of the Department of Correction of the City of New York, Respondent.

Submitted January 22, 1952; decided March 13, 1952.

*Jacob Schechner* for appellant.

*Denis M. Hurley, Corporation Counsel (Anthony Curreri* and *Seymour B. Quel* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.